Matter of Gina C. (Kristine S.) (2024 NY Slip Op 02188)

Matter of Gina C. (Kristine S.)

2024 NY Slip Op 02188

Decided on April 24, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on April 24, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

ANGELA G. IANNACCI, J.P.
LINDA CHRISTOPHER
LARA J. GENOVESI
BARRY E. WARHIT, JJ.

2022-06065
 (Docket Nos. N-25563-18, N-25564-18)

[*1]In the Matter of Gina C. (Anonymous). Administration for Children's Services, petitioner- respondent; Kristine S. (Anonymous), respondent, Jadiel L. (Anonymous), appellant. (Proceeding No. 1)
In the Matter of Tony C. (Anonymous). Administration for Children's Services, petitioner- respondent; Kristine S. (Anonymous), respondent, Jadiel L. (Anonymous), appellant. (Proceeding No. 2)

Lisa A. Manfro, Glen Cove, NY, for appellant.
Sylvia O. Hinds-Radix, Corporation Counsel, New York, NY (Deborah A. Brenner and Hannah J. Sarokin of counsel), for petitioner-respondent.
Twyla Carter, New York, NY (Dawne A. Mitchell and Marcia Egger of counsel), attorney for the children.

DECISION & ORDER
In related proceedings pursuant to Family Court Act article 10, Jadiel L. appeals from an order of fact-finding of the Family Court, Kings County (Melody Glover, J.), dated July 12, 2022. The order of fact-finding, after a fact-finding hearing, found that Jadiel L. sexually abused the child Gina C. and derivatively abused the child Tony C.
ORDERED that the appeal is dismissed, without costs or disbursements.
The appeal from the order of fact-finding must be dismissed, as that order was superseded by an order of disposition of the same court dated July 29, 2022. The issues raised on the appeal from the order of fact-finding are brought up for review and have been considered on a related appeal from the order of disposition (see Matter of Gina C. [Tony C.], _____ AD3d _____ [Appellate Division Docket No. 2022-06906; decided herewith]).
IANNACCI, J.P., CHRISTOPHER, GENOVESI and WARHIT, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court